## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COTT CORPORATION and CLIFFSTAR, LLC, ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DECAS BOTANICAL SYNERGIES, LLC, ) <br> ) <br> Defendant. ) <br> ) | **NOTICE OF MOTION FOR** <br><br> **ADMISSION *PRO HAC VICE*** <br><br> Case No. 11-cv-0552-RJA-HBS |

**MOTION BY:** Ward Greenberg Heller & Reidy LLP
Attorneys for Defendant

**DATE, TIME & PLACE**
**OF HEARING:** United States District Court for the Western District of New York before Hon. Hugh B. Scott at a term thereof at the U.S. Courthouse located at 2 Niagara Square, Buffalo, New York, on such a date and time as may be scheduled by the Court or as soon as counsel can be heard thereafter.

**SUPPORTING PAPERS:** Petition of Kelley E. Walsh, sworn to on May 14, 2012, Sponsoring Affidavit of Sharon M. Porcellio, sworn to on May 21, 2012, Attorney's Oath, sworn to on May 14, 2012, Oath of Office, Certificate of Good Standing, dated May 7, 2012, Attorney Database Information for Newly-Admitted Attorneys, and Electronic Case Filing System Registration Form.

**RELIEF DEMANDED:** Order pursuant to Local Rule 83.1(c), admitting Kelley E. Walsh, Esq. *pro hac vice* on behalf of Defendant.

ORAL ARGUMENT IS NOT REQUESTED

Dated: June 5, 2012

                           Respectfully submitted,

                           WARD GREENBERG HELLER & REIDY LLP

                           By      s/Sharon M. Porcellio
                                Sharon M. Porcellio
                                *Attorneys for Defendant*
                                300 State Street
                                Rochester, New York 14614
                                585-454-0700

TO:   Dariush Keyhani, Esq.
        dkeyhani@lippes.com
        Kevin J. Cross, Esq.
        kcross@lippes.com
        Richard M. Scherer, Esq.
        rscherer@lippes.com
        LIPPES MATHIAS WEXLER FRIEDMAN LLP
        *Attorneys for Plaintiff*
        665 Main Street, Suite 300
        Buffalo, New York 14203
        (716) 853-5100